```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 15598
    REGINA FREDERICA ROBINSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-0702

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/20/2004 and was confirmed 08/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
CHRYSLER FINANCIAL         SECURED              7896.90     3550.04       7896.90
CHRYSLER FINANCIAL         UNSECURED           12014.88         .00       1201.49
EAGLE FINANCE              SECURED                  .00         .00            .00
EAGLE FINANCE              UNSECURED        NOT FILED           .00            .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG       43945.00         .00      43945.00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE        7000.00         .00       7000.00
BALLYS                     UNSECURED        NOT FILED           .00            .00
MCI                        UNSECURED        NOT FILED           .00            .00
CBCS                       NOTICE ONLY      NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED             792.96         .00         79.30
WOLPOFF & ABRAMSON LLP     NOTICE ONLY      NOT FILED           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY         2,699.00                    2,699.00
TOM VAUGHN                 TRUSTEE                                         4,106.37
DEBTOR REFUND              REFUND                                          1,862.10

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               72,340.20

PRIORITY                                              .00
SECURED                                         58,841.90
    INTEREST                                     3,550.04
UNSECURED                                        1,280.79
ADMINISTRATIVE                                   2,699.00
TRUSTEE COMPENSATION                             4,106.37
DEBTOR REFUND                                    1,862.10
                       --------------          --------------
TOTALS                72,340.20                 72,340.20
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 15598 REGINA FREDERICA ROBINSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/26/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```